**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
  Crystal Nix-Hines (Bar No. 326971)
  crystalnixhines@quinnemanuel.com
  Kevin Y. Teruya (Bar No. 235916)
  kevinteruya@quinnemanuel.com
  Claire Hausman (Bar No. 282091)
  clairehausman@quinnemanuel.com
  Brantley I. Pepperman (Bar No. 322057)
  brantleypepperman@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Defendant General Motors LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CALABASAS LUXURY MOTORCARS, INC., on behalf of itself and all others similarly situated,<br><br>              Plaintiff,<br><br>       v.<br><br>GENERAL MOTORS LLC; GENERAL MOTORS FINANCIAL COMPANY; and DOES 1 through 10, inclusive,<br><br>              Defendants. | Case No. 2:21-cv-09566-TJH<br><br>Trial Date:          None Set<br><br>The Hon. Terry J. Hatter, Jr.<br><br>**JOINT STIPULATION TO CONSOLIDATE CASES AND SET RESPONSIVE PLEADING BRIEFING SCHEDULE AND [PROPOSED] ORDER** |
| CALABASAS LUXURY MOTORCARS, INC., on behalf of itself and all others similarly situated,<br><br>              Plaintiff,<br><br>       v.<br><br>GENERAL MOTORS LLC; AMERICREDIT FINANCIAL SERVICES, INC.; and DOES 1 through 10, inclusive,<br><br>              Defendants. | Case No. 2:22-cv-06622-TJH<br><br>Trial Date:          None Set<br><br>The Hon. Terry J. Hatter, Jr. |

**JOINT STIPULATION AND [PROPOSED] ORDER**

WHEREAS, Plaintiff Calabasas Luxury Motorcars ("Plaintiff") on December 10, 2021, filed the case captioned *Calabasas Luxury Motorcars*, *Inc. v. General Motors LLC et al.*, Case No. 2:21-cv-09566-TJH (C.D. Cal.) against Defendants General Motors LLC and Americredit Financial Services, Inc. (erroneously sued as "General Motors Financial Company");

WHEREAS, the Court on August 25, 2022, granted Defendants' motions to dismiss and thereby dismissed the complaint in Case No. 2:21-cv-09566-TJH without prejudice;

WHEREAS, Plaintiff's new action is captioned *Calabasas Luxury Motorcars, Inc. v. General Motors, LLC et al.*, Case No. 2:22-cv-06622-TJH;

WHEREAS, Plaintiff indicated in the civil cover sheet in the new action that the new action (Case No. 2:22-cv-06622-TJH) was an "identical case[]" to the existing case (Case No. 2:21-cv-09566-TJH);

WHEREAS, the new action was transferred to this Court on September 16, 2022, pursuant to General Order 21-01 regarding identical cases;

WHEREAS, Plaintiff served the summons and complaint in the new action on October 7, 2022;

WHEREAS, the parties agree that Case No. 2:21-cv-09566-TJH and Case No. 2:22-cv-06622-TJH present common questions of law and fact such that consolidation of the cases is appropriate pursuant to Federal Rule of Civil Procedure 42(a);

WHEREAS, the parties wish to set a schedule regarding Defendants' responses to Plaintiff's amended complaint;

ACCORDINGLY, the Parties, by and through their respective counsel, hereby stipulate and request as follows:

1. Case No. 2:22-cv-06622-TJH is consolidated with Case No. 2:21-cv-09566-TJH pursuant to Fed. R. Civ. P. 42(a);

2. Plaintiff will then file its intended amended complaint—the same complaint that Plaintiff filed in Case No. 2:22-cv-06622-TJH—on the docket in Case No. 2:21-cv-09566-TJH;

3. After Plaintiff files the amended complaint on the docket in Case No. 2:21-cv-09566-TJH, Plaintiff will voluntarily dismiss Case No. 2:22-cv-006622-TJH;

4. Going forward, the parties will file all future pleadings, papers, and other materials on the docket in Case No. 2:21-cv-09566-TJH, rather than on the docket in Case No. 2:22-cv-06622-TJH;

5. Defendants will respond to Plaintiff's amended complaint, and Plaintiff will respond to Defendants' anticipated motions to dismiss, as follows:

- **Responses to Amended Complaint**: For the avoidance of doubt, the parties agree that Defendants need not respond to the complaint in Case No. 2:22-cv-06622-TJH. Defendants will answer, move to dismiss, or otherwise respond to Plaintiff's Amended Complaint filed in Case No. 2:21-cv-09566-TJH within **thirty (30) days** of the Court's entry of this stipulation. The parties agree that Defendants' time to answer, move to dismiss, or otherwise respond to Plaintiff's Amended Complaint filed in Case No. 2:21-cv-09566-TJH shall be held in abeyance until the Court's entry of this stipulation.

- **Plaintiff's Oppositions**: Plaintiff shall have **thirty (30) days** to oppose or otherwise respond to Defendants' anticipated responsive motions.

- **Defendants' Replies**: Defendants shall have **twenty one (21) days** to reply to Plaintiff's opposition papers.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____   By: _____

Hon. Terry J. Hatter, Jr.
United States District Judge

| | |
|---|---|
| Dated:  October 21, 2022 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By: _/s/ Crystal Nix-Hines[1]_ |
| | Crystal Nix-Hines (SBN 326971)<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017 |
| | Attorney for Defendant<br>*General Motors LLC* |
| Dated:  October 21, 2022 | HOLLAND & KNIGHT LLP |
| | By: _/s/ Zachary C. Frampton_<br>    Zachary C. Frampton (SBN 303225) |
| | Attorneys for Defendant<br>*AmeriCredit Financial Services, Inc.* |
| Dated:  October 21, 2022 | THE LAW OFFICE OF ROBERT L. STARR, APC |
| | By: _/s/ Robert L. Starr_ |
| | Robert L. Starr (SBN 183052)<br>23901 Calabasas Road, STE #2072<br>Calabasas, CA 91302 |
| | Attorney for Plaintiff<br>CALABASAS LUXURY MOTORCARS, INC. |

---

[1] Pursuant to L.R. 5-4.3.4(a)(2), I, Crystal Nix-Hines, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of October 2022, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System, causing the document to be electronically served on all attorneys of record.

By */s/ Crystal Nix-Hines*
Crystal Nix-Hines