UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

JS-6

| Case No. | CV 21-9566-TJH(PDx) | Date | OCTOBER 24, 2022 |
|---|---|---|---|

| Title | Calabasas Luxury Motorcars, Inc. v. General Motors LLC et al |
|---|---|

| Present: The Honorable | TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE |
|---|---|

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES

Counsel are hereby notified that pursuant to the Judge's directive, the Order To Show Cause re: dismissal for failure to prosecute [33] is vacated.   This case is hereby closed per the Order [32], dismissed without prejudice, filed on August 25, 2022.

The Stipulation to consolidate cases [34] is hereby denied.  Counsel may proceed with the new case number.

IT IS SO ORDERED.

cc: all parties